**Order entered August 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00652-CV

**CITY OF FORT WORTH, TEXAS, Appellant**

**V.**

**ABDUL PRIDGEN, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15279**

## ORDER

Before the Court is appellees' August 23, 2019 third motion for an extension of time to file their brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellees on August 26, 2019 filed as of the date of this order.

/s/    KEN MOLBERG
         JUSTICE